IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOYCE ROBERTS, and KEVIN ROBERTS,<br><br>          Plaintiffs,<br><br>      vs.<br><br>ADT SECURITY, LLC,<br><br>          Defendant. | **4:17CV3159**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)    All unexpired case progression deadlines are stayed pending the outcome of the parties' scheduled mediation.

2)    The trial and pretrial conference remain scheduled for November 5, 2018 and October 23, 2018, respectively.

3)    If this case is not resolved by mediation, within two weeks thereafter, the parties shall schedule a conference with the court to discuss further case progression.

April 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge